

MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2025
```

Jasmine Y. Patel
Direct: (347) 229-1800
jpatel@weinsteinklein.com
*Licensed in NY + NJ*

August 28, 2025

**VIA ECF**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court/Southern District of NY
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **Alexis Molina and Sergio Espana v. East Clare Inc. (dba Bella Union), et al.
S.D.N.Y. 1:25-cv-01298-GHW**

Dear Judge Woods:

We represent Defendants in the above-referenced matter. As the Court is aware, the parties have reached a settlement in this case. Pursuant to Your Honor's Order of August 15, 2025 [ECF 19], the parties have opted to resolve the matter through an offer and acceptance pursuant to Rule 68(a).

The deadline to file the executed offer and acceptance is tomorrow, August 29, 2025. However, we write jointly with Plaintiffs' counsel, requesting a three-week extension of time until September 19, 2025, to file same as the parties are finalizing the settlement.

We thank Your Honor for consideration of this request.

Respectfully submitted,

**WEINSTEIN + KLEIN P.C.**

*Jasmine Y. Patel*
Jasmine Y. Patel

JYP/djr

cc: Jesse S. Barton, Esq. – via ECF

Application granted. The parties have indicated to the Court that they intend to file an offer and notice of acceptance to allow judgment on specified terms pursuant to Federal Rule of Civil Procedure 68(a). Dkt. No. 20. The deadline for the parties to submit the executed offer and acceptance, together with a form of proposed order for entry of judgment, is September 19, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.
Dated: August 28, 2025

_____
GREGORY H. WOODS
United States District Judge

1 High Street Court, Suite 5
Morristown, New Jersey 07960

500 7th Avenue, 8th Floor
New York, New York 10018

Main: (347) 502-6464
Fax: (347) 532-9283

www.weinsteinklein.com