UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALEXIS DOMINGUEZ MOLINA and
SERGIO TUPAC ESPANA, *individually and
on behalf of others similarly situated,*

                         *Plaintiffs*,             Civil Action No. 1: 25-cv-01298

            -against-

                                                **PLAINTIFFS' NOTICE OF**
EAST CLARE INC. (D/B/A BELLA              **ACCEPTANCE OF OFFER OF**
UNION), RYAN BIRKENHEAD, and            **JUDGMENT**
DEREK KIERANS,

                         *Defendants,*
-------------------------------------------------------X

To:     Jasmine Yogesh Patel
         Weinstein & Klein PC
         1 High Street Court, Suite 5
         Morristown, NJ 07960
         347-502-6464
         jpatel@weinsteinklein.com
         *Attorneys for Defendants*

         PLEASE TAKE NOTICE that Plaintiffs ALEXIS DOMINGUEZ MOLINA and SERGIO TUPAC ESPANA, hereby accept the offer of judgment made by Defendants EAST CLARE INC. (D/B/A BELLA UNION), RYAN BIRKENHEAD, and DEREK KIERANS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated September 8, 2025.  A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated:  New York, New York
          September 11, 2025

                                                   Jesse S. Barton
                                                   Michael Faillace & Associates, P.C.
                                                   60 East 42nd Street, Suite 4510
                                                   New York, NY 10165
                                                   (212) 317-1200
                                                   *Attorneys for Plaintiff*