UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ALEXIS DOMINGUEZ MOLINA and SERGIO TUPAC ESPANA, *individually and on behalf of others similarly situated*,

Civil Action No. 1:25-cv-01298

*Plaintiffs*,

-against-

**[Proposed Form Of]
JUDGMENT**

EAST CLARE INC. (D/B/A BELLA UNION), RYAN BIRKENHEAD, and DEREK KIERANS,

*Defendants,*

-------------------------------------------------------------------X

## JUDGMENT

On September 19, 2025, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, ALEXIS DOMINGUEZ MOLINA and SERGIO TUPAC ESPANA, has judgment against EAST CLARE INC. (D/B/A BELLA UNION), RYAN BIRKENHEAD, and DEREK KIERANS, jointly and severally, in the amount of Twenty-Two Thousand and Five Hundred Dollars and No Cents ($22,500.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2025

_____
HON. JUDGE GREGORY H. WOODS
DISTRICT JUDGE