UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ALEXIS DOMINGUEZ MOLINA and SERGIO TUPAC ESPANA, *individually and on behalf of others similarly situated,*

                         *Plaintiffs*,

     -against-

EAST CLARE INC. (D/B/A BELLA UNION), RYAN BIRKENHEAD, and DEREK KIERANS,

                         *Defendants,*

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/2025

Civil Action No. 1:25-cv-01298

**JUDGMENT**

## **JUDGMENT**

On September 19, 2025, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, ALEXIS DOMINGUEZ MOLINA and SERGIO TUPAC ESPANA, has judgment against EAST CLARE INC. (D/B/A BELLA UNION), RYAN BIRKENHEAD, and DEREK KIERANS, jointly and severally, in the amount of Twenty-Two Thousand and Five Hundred Dollars and No Cents ($22,500.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is directed to enter judgment for Plaintiffs and to close this case.

SO ORDERED.

Dated: September 19, 2025
New York, New York

                                           GREGORY H. WOODS
                                         United States District Judge